# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SHANE L. AUSTIN

NO. 2021 KW 0972

**NOVEMBER 5, 2021**

---

In Re:      Shane L. Austin, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 09-CR8-102299.

---

**BEFORE:      WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

> **VGW**
> **AHP**
> **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT